**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **FREDERICK BERNARD DANIELS,** | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | **NO. 1:25-CV-1076-ADA-ML** |
| *v.* | § | |
| | § | |
| | § | |
| **LAZ PARKING,** | § | |
| *Defendant.* | § | |

**ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Mark Lane regarding Plaintiff Frederick Bernard Daniels's Complaint (Dkt. 1)and More Definite Statement (Dkt. 6). Dkt. 11. The report recommends Plaintiff Daniels's Complaint be **DISMISSED WITHOUT PREJUDICE**. The Report and Recommendation was filed October 6, 2025. This Court hereby adopts Judge Lane's Recommendations.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing de novo review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on October 16, 2025. Dkt. 14. The Court has conducted a *de novo* review of the Complaint, the Report and Recommendation, the objections to the Report and Recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Mark Lane, Dkt. 11, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff Frederick Bernard Daniels's Complaint is **DISMISSED WITHOUT PREJUDICE**.

Accordingly, the Clerk's Office is directed to **CLOSE** this case and terminate all pending motions.

**SIGNED** on October 22, 2025.

 

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE