UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FREDERICK BERNARD DANIELS, | § | |
| *Plaintiffs,* | § | |
| | § | |
| | § | **1:25-CV-1076-ADA-ML** |
| v. | § | |
| | § | |
| LAZ PARKING, | § | |
| *Defendants.* | § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane. Dkt. 18. The report and recommendation addressed the Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Dkt. 17) and recommended the Motion be **GRANTED**. Judge Lane issued the report and recommendation on November 24, 2025. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge Howell's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. 18) is **ADOPTED**.

Plaintiff's Motion for Permission to Appeal in Forma Pauperis (Dkt. 17) is **GRANTED.**

**SIGNED** on February 5, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE